796 A.2d 966

**In re Nomination Petition of Robert M. HODIES, Democratic Candidate for Representative in the General Assembly from the 156th District,**

**Appeal of Roland H. Woodward,**

**Cross–Appeal of Robert M. Hodies.**

Supreme Court of Pennsylvania.

May 15, 2002.

John George Bravacos, West Chester, for Roland H. Woodward.

Samuel C. Stretton, West Chester, for Robert M. Hodies.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May, 2002, the Order of the Commonwealth Court is hereby AFFIRMED.